EDMUND CLUETT et al., Appellants, *v.* ARTHUR COUTURE,
Respondent.

*Cluett* v. *Couture*, 140 App. Div. 830, affirmed.
(Argued June 19, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 18, 1910, reversing a judgment in favor of
plaintiffs entered upon a decision of the court at a Trial
Term without a jury and granting a new trial in an
action to recover for the conversion of a check.

*C. J. Vert* for appellants.

*J. S. Shedden* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.  Absent: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN W. COLLINS, Appellant.

(Argued June 20, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Court of General Ses-
sions of the Peace in the county of New York, rendered
August 11, 1911, upon a verdict convicting the defendant
of the crime of murder in the first degree.

*Chester Mayer, Bertram William Davis, Paul A.
Zizelman* and *John F. Moroney* for appellant.

*Charles S. Whitman, District Attorney (Robert C.
Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.  Absent: GRAY, J.